JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**

City: _____

County/Parrish: _____

**Related Case Information:**

Superseding _____ 25 Docket Number 089 JDP

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20 / R40 from the District of _____

**Defendant information:**

Matter to be Sealed    Yes    ✓ No

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
AUG 2 7 2025
FILED/REC'D
CLERK OF COURT

Def. Name: Gairitt Schad

Alias Name: _____

City/State: Madison, WI

Year of Birth: 1997        Last 4 digits of SSN  6824

Sex: Male        Race: White

**U.S. Attorney Information:**

AUSA: COREY C. STEPHAN        Bar #: _____

Interpreter:    No    Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date: 04/17/25

    Already in Federal Custody as of: _____ in _____

✓ Already in State Custody

    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 4        ☐ Petty    ☐ Misdemeanor    ✓ Felony

        Class A

        Class B

        Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute 50 Grams or More Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine Base (Crack Cocaine), Cocaine, & Heroin | 2 |
| Set 3 | 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking Crime | 3 |
| Set 4 | 18 U.S.C. § 922(g)(1) | Possession of a Firearm & Ammunition by a Felon | 4 |
| Set 5 | | | |
| Set 6 | | | |

Date: August 27, 2025        Signature of AUSA  /s/  COREY C. STEPHAN