U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

AUG 2 7 2025

FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

GAIRITT SCHAD,

Defendant.

INDICTMENT

Case No. 25 CR 089 JDP

21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

THE GRAND JURY CHARGES:

## COUNT 1

On or about April 17, 2025, in the Western District of Wisconsin, the defendant,

GAIRITT SCHAD,

knowingly and intentionally possessed with the intent to distribute 50 grams or more of

a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 2

On or about April 17, 2025, in the Western District of Wisconsin, the defendant,

GAIRITT SCHAD,

knowingly and intentionally possessed with the intent to distribute a mixture or

substance containing a detectable amount of cocaine base (crack cocaine), and a mixture

or substance containing a detectable amount of cocaine, all Schedule II controlled

substances, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 3

On or about April 17, 2025, in the Western District of Wisconsin, the defendant,

### GAIRITT SCHAD,

knowingly and unlawfully possessed a loaded firearm in furtherance of a drug trafficking crime,  as alleged in Counts 1 and 2 of this indictment.

(In violation of Title 18, United States Code, Section 924(c)).

## COUNT 4

On or about April 17, 2025, in the Western District of Wisconsin, the defendant,

### GAIRITT SCHAD,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a Smith & Wesson M&P 40 Shield .40 caliber handgun loaded with .40 caliber ammunition, said firearm and ammunition having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## FORFEITURE ALLEGATION

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 924(c) and 922(g)(1) as set forth in Counts 3 and 4 of this indictment, the defendant,

2

GAIRITT SCHAD,

shall forfeit to the United States pursuant to Title 18, United States Code, Section

924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and

ammunition involved in the commission of the offense, including, but not limited to: a

Smith & Wesson M&P 40 Shield .40 caliber handgun and PMC .40 caliber ammunition.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned:  08-27-2025

_____
CHADWICK M. ELGERSMA
Acting United States Attorney

3